JPL:JBD
F. #2023R00189

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\*   JULY 17, 2023   \*
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

　　- against -

LESLY VALENTIN,

　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 23-CR-292
(T. 18, U.S.C., §§ 875(b), 981(a)(1)(C), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

Judge Rachel P. Kovner
Magistrate Judge Sanket J. Bulsara

THE GRAND JURY CHARGES:

TRANSMISSION OF INTERSTATE COMMUNICATIONS
WITH INTENT TO EXTORT

1.　　On or about December 12, 2022, within the Eastern District of New York and elsewhere, the defendant LESLY VALENTIN, together with others, did knowingly and with intent to extort from John Doe, an individual whose identity is known to the Grand Jury, money and one or more things of value, transmit in interstate commerce one or more communications containing one or more threats to kidnap and injure the person of another, to wit: one or more text messages threatening to kidnap and injure John Doe and one or more of John Doe's friends and family members.

(Title 18, United States Code, Sections 875(b), 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2.　　The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or

personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

   3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

By CPohay, Assistant U.S. Attorney
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2023R00189

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

LESLY VALENTIN,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 875(b), 981(a)(1)(C), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Joshua B. Dugan, Assistant U.S. Attorney (718) 254-6144*